■ ANITA A. VITULLO, Appellant, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Respondent. (Appeal No. 2.) [54 NYS3d 895]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, DeJoseph, Troutman and Scudder, JJ.

■ In the Matter of the Judicial Settlement of the Intermediate Accounts of HSBC BANK USA, N.A., as Trustee of the Trust under Agreement Dated January 21, 1957, SEYMOUR H. KNOX, Grantor, for the Benefit of the Issue of SEYMOUR H. KNOX, III, for the Period January 21, 1957, to November 3, 2005, and November 4, 2005, to June 25, 2012. HSBC BANK USA N.A., Appellant, v SEYMOUR H. KNOX, IV, et al., Respondents. (Appeal No. 2.) [54 NYS3d 895]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Carni, J.P., Lindley, DeJoseph, Troutman and Scudder, JJ.